# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD HALVERSON,
#1030045

Plaintiff,

vs.

HOWARD SKOLNIK, *et al.*,

Defendants.

2:10-cv-01132-PMP-LRL

**ORDER**

On July 9, 2010, plaintiff filed his complaint, which he styled "Emergency Medical Civil Rights Complaint." (Docket #1). On July 15, 2010, the court issued an order that the complaint would be treated as a motion for preliminary injunction and directed defendants to respond to specific substantive allegations on an expedited basis. (Docket #3). Defendants' response, filed on July 26, 2010, wholly disregards the court's order. (Docket #6).

Accordingly, defendants shall respond in a substantive manner to the following allegations: (1) on or about late June 2010, Southern Desert Correctional Center medical personnel began issuing different syringes for use by diabetic inmates that were non-blister-packaged, non-single-use syringes; (2) such syringes were used after their expiration date of February 2010; and (3) inmates may be or may have been issued re-used syringes. (*See also* docket #3). Defendants are warned that failure to comply with this order may result in the imposition of sanctions on counsel for defendants.

As indicated in the court's previous order (docket #3), following a response and/or resolution of any emergency circumstances, normal procedures pursuant to 28 U.S.C. § 1915(e)(2) will resume in this action.

///

1  **IT IS THEREFORE ORDERED** that defendants **SHALL RESPOND** to the substantive allegations in plaintiff's complaint as set forth in this order on or before Wednesday, August 4, 2010.

**IT IS FURTHER ORDERED** that counsel for defendants **SHALL APPEAR** telephonically at a hearing on this matter on **Friday, August 6, 2010 at 8:30 a.m.**

**IT IS FURTHER ORDERED** that counsel for defendants **SHALL ARRANGE** for plaintiff's telephonic presence at the hearing. Once counsel for defendants has plaintiff on the telephone line she shall then call the court at tel.: 702/464-5598 to initiate the hearing.

DATED:  July 28, 2010.

_____
PHILIP M. PRO
United States District Judge