UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| EDWARD HALVERSON,<br>#1030045<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, et al.,<br><br>Defendants. | 2:10-CV-01132-PMP-LRL<br><br><br><br>**ORDER** |

The Court having read and considered Plaintiff Edward Halverson's Motion for Reconsideration (Doc. #40) and Defendants' Response in Opposition (Doc. #41) and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. #40) is DENIED.

DATED: December 6, 2010.

_____
PHILIP M. PRO
United States District Judge